UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LUIS H. JAQUEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CAUSE NO. 3:25-CV-355-JTM

## OPINION and ORDER

Luis H. Jaquez, a prisoner without a lawyer, filed a post-judgment motion asking the court to:

1. Issue an Order clarifying whether any federal wiretap warrant (as distinct from a ping warrant, GPS tracking warrant, or pen register/trap and trace order) was ever issued for telephone number 619-789-3133;
2. If such a wiretap warrant exist, issue a finding confirming that fact;
3. In the alternative, conduct an in camera review of all warrant documents related to telephone number 619-789-3133 to determine whether any authorized the interception and recording of the content of communications; and
4. Grant any other relief this Court deems just and proper.

(DE # 6 at 4.) On October 6, 2016, Judge DeGuilio issued an order authorizing a wiretap of 619-789-3133. *In Re Application for Wire Interception*, 3:16-mc-18. On December 19, 2018, Judge DeGuilio unsealed that order. *Id*.

For these reasons, the motion (DE # 6) is **DENIED AS MOOT**.

                        **SO ORDERED.**

Date: May 7, 2025

                        s/James T. Moody
                        JUDGE JAMES T. MOODY
                        UNITED STATES DISTRICT COURT